[No. 23655-9-II.  Division Two.  November 5, 1999.]

ARLENE M. ROBERSON, *Respondent*, v. ROGER NORBOM, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-06944-9, Rosanne Buckner, J., entered July 20, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Hunt, J.

[No. 40219-6-I.  Division One.  November 8, 1999.]

EDITH LUCKETT, *Appellant*, v. BOEING COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-14552-3, Michael Hayden, J., entered January 16, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Appelwick, JJ. Now published at 98 Wn. App. 307.

[Nos. 41223-0-I; 42020-8-I.  Division One.  November 8, 1999.]

THE FARM HOMEOWNERS ASSOCIATION, *Respondent*, v. JEROME BURLEY, ET AL., *Appellants*.

JEROME BURLEY, *Appellant*, v. ALAN HANSON, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 96-2-19145-1, Philip G. Hubbard, Jr., J., entered July 11 and December 5, 12, and 24, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 42354-1-I.  Division One.  November 8, 1999.]

*In the Matter of the Guardianship of* GOLDIE MULHOLLAND.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-4-01236-4, Gerald L. Knight, J., entered February 20, 1998. *Affirmed* by unpublished per curiam opinion.